IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MIQUELLA BENAVIDEZ and
NATALIE BENAVIDEZ,

    *Plaintiffs*,

vs.                                                                             CIVIL NO. 1:24-cv-01281

THE BIPLANE COMPANY and
JOHN DOE, as personal representative
Of the ESTATE OF RANDOLPH SHERMAN,

    *Defendants.*

---

## NOTICE OF GOOD STANDING FOR NON-MEMBER ATTORNEY

    In accordance with D.N.M. LR-Civ. 83.3, the undersigned counsel certifies that **Jarred J. McBride** of Sanders & Parks, P.C. is not a member of the bar of the United States District Court for the District of New Mexico ("Federal Bar") but is a member in good standing of the State Bar of Arizona, State Bar of Massachusetts, State Bar of New Jersey and State Bar of Pennsylvania and has associated with the undersigned counsel, Meghan. M. O'Neil, who is a member of the Federal Bar.

                                                        Respectfully submitted,

                                                        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                                        By: */s/ Meghan M. O'Neil – electronically signed*
                                                                  Meghan M. O'Neil
                                                       Post Office Box 1888
                                                       Albuquerque New Mexico 87103
                                                       Telephone: (505) 765-5900
                                                      moneil@rodey.com

-and-

Jarred J. McBride
SANDERS & PARKS, P.C.
3030 North Third Street, Ste. 1300
Phoenix, AZ 85012-3099
Jarred.McBride@sandersparks.com
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Meghan M. O'Neil ~ electronically signed*
   Meghan M. O'Neil