**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa
United States Magistrate Judge**

**Minutes**

*Benavidez, et al. v. The BiPlane Company, et al.*

Civ. No. 24-1281 SMD/KK

Monday, November 10, 2025, at 3:30 p.m.

**PLAINTIFFS' ATTORNEYS PRESENT:**   Brian F. Egolf, Jr.
                                     Katherine E. Murray


**DEFENDANTS' ATTORNEYS PRESENT:**   Jarred James McBride
                                     Meghan O'Neil


**TYPE OF PROCEEDING:**   Telephonic Rule 16 Initial Scheduling Conference
                          Time – 34 minutes

**MINUTES:**

- The Court and counsel discussed the appropriate discovery track for this case. The Court will adopt the discovery track the parties proposed in their Joint Status Report and Provisional Discovery Plan ("JSR").

- The Court will set the following case management deadlines by separate order: Plaintiffs to seek leave to join parties and amend pleadings by November 7, 2025; Defendants to seek leave to join parties and amend pleadings by December 1, 2025; Plaintiffs' expert witness disclosures due by March 20, 2026; Defendants' expert witness disclosures due by May 22, 2026; discovery to be completed by August 21, 2026; discovery motions to be filed by September 10, 2026; and pretrial motions to be filed by September 21, 2026.

- The Court and counsel discussed discovery limitations.

- There was a lengthy discussion about the scope of necessary discovery. Eventually, Mr. Egolf agreed that Plaintiffs would agree to Defendants' proposal of 25 interrogatories, 25 requests for admission and 10 depositions per side. The Court will adopt those limitations.

- The Court and counsel discussed the scheduling of a settlement conference.

  The Court and counsel are available and will reserve January 21, 26, 28, 30, and February 20, 2026. Counsel shall confer with their respective clients and by close of business by November 12, 2025,

notify the Court via email to Judge Khalsa's proposed text box of all available and any preferred dates among those being reserved.

- The Court advised counsel to review the guidelines for proposed confidentiality orders (located on the Court's website under the "Procedures" link on Judge Khalsa's webpage) before submitting such orders to chambers.