MINUTES REGARDING
RULE 16 SETTLEMENT CONFERENCE

**CASE NAME:** *Benavidez, et al. v. John Doe as Personal Representative of the Estate of Randolph Sherman*

**CASE NUMBER**: Civ. No. 24-1281 SMD/KK

A Rule 16 Settlement Conference was conducted before United States Magistrate Judge Kirtan Khalsa beginning at 9:30 a.m. on Wednesday, January 28, 2026.

**APPEARANCES:**

| | |
|---|---|
| **For Plaintiffs:** | Kristina Martinez<br>Katherine Murray<br>Brian Egolf |
| **With Clients:** | Miquella Benavidez<br>Natalie Benavidez |
| **For Defendant:** | Jarred J. McBride<br>Meghan O'Neil |
| **With Client:** | Gabrielle Curry |

**RESULTS OF SETTLEMENT CONFERENCE**: Case settled. Closing documents are due within 45 days.

**TIME SPENT IN SETTLEMENT CONFERENCE**: 6 hours and 35 minutes